# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case No. 07-14389 |
| | : | |
| Jason A. Cook | : | Chapter 7 |
| Natashia A. Cook | : | |
| | : | |
| Debtors | : | Judge Hopkins |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The amount of $170.20 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Verizon North Inc. AFNI/Verizon 404 Brock Drive Bloomington, IL 61701 | 3 | $170.20 |

Total Unclaimed/Small
Dividends $25.00 or Under
$_____

Total Unclaimed
Dividends Over $25.00
$170.20_____

Dated: May 14, 2010

/s/ Henry E. Menninger, Jr._____
Case Trustee
Henry E. Menninger, Jr.